**FILED**

JUN 1 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  TIMOTHY C. WILSON (SBN 173928)
   ROBERT S. AARON (SBN 138903)
2  AARON & WILSON, LLP
   3 New Montgomery Street, Sixth Floor
3  San Francisco, California 94105
   Telephone:  (415) 537-0700
4  Facsimile:   (415) 537-0070

5  **Attorneys for Plaintiff**
   CARL R. LEON
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9
   CARL R. LEON,                          )  Case No. 3:04cv01907 FMS
10                                         )
                Plaintiff,                 )  **Stipulation and [Proposed] Order to**
11                                         )  **Extend the Time to Complete Discovery**
        v.                                 )  **and Disclose Experts**
12                                         )
   STATE FARM MUTUAL AUTOMOBILE           )
13 INSURANCE COMPANY; and DOES 1          )
   through 100, inclusive,                )
14                                         )
                Defendants.                )
15                                         )

16      WHEREAS the parties have agreed to mediate the above-entitled matter before

17 the Honorable Walter Capaccioli, Judge Retired, on June 30, 2005;

18      WHEREAS the parties desire to defer the costs associated with deposing

19 various witnesses and the retention of experts until after the mediation; and

20      WHEREAS non-expert discovery cut-off and plaintiff's designation of experts is

21 currently set for July 29, 2005; defendant's designation of experts is currently set for

22 August 10, 2005; and expert discovery cut-off is set for September 9, 2005,

23      PLAINTIFF CAROL LEON AND DEFENDANT STATE FARM MUTUAL

24 AUTOMOBILE INSURANCE COMPANY STIPULATE AND AGREE AS FOLLOWS:

25      THAT non-expert discovery cut-off and plaintiff's designation of experts is set for

26 August 29, 2005;

27      THAT defendant's designation of experts is set for September 9, 2005;

28      THAT expert discovery cut-off is set for October 7, 2005; and

1

06/13/2005 15:48 HAYES DAVIS PAGE 05/05

Case 3:04-cv-01907-WHA   Document 12   Filed 06/16/05   Page 2 of 2
Case 3:04-cv-01907-FMS   Document 11   Filed 06/14/2005   Page 2 of 2

1 | THAT all other dates set by the Court in this matter will remain unchanged.

2 | Dated: May 27, 2005          AARON & WILSON, LLP

3

4

5 | By: _____
          TIMOTHY C. WILSON
6 |           Attorneys for Plaintiff

7

8 | Dated: June 13, 2005          HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT

9

10

11 | By: _____
          STEPHEN P. ELLINGSON
12 |           Attorneys for Defendant

13 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

14 | Dated: June 15, 2005

15

16

17 | By: _____
          HON. FERN SMITH

18

19

20

21

22

23

24

25

26

27

28

2

Stipulation and [Proposed] Order, Case No. C04-01907 FMS