```
 1  STEPHEN M. HAYES (SBN 83583)
    STEPHEN P. ELLINGSON (SBN 136505)
 2  HAYES, DAVIS, ELLINGSON, McLAY & SCOTT LLP
    203 Redwood Shores Pkwy, Ste. 480
 3  Redwood Shores, CA 94065
    Telephone:  650.637.9100
 4  Facsimile:  650.637.8071

 5  Attorney for Defendant
    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
 6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL R. LEON,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY; and DOES 1<br>through 100, inclusive,<br><br>          Defendants. | CASE NO. C04 1907 WHA <s>FMS</s><br><br>**STIPULATION OF DISMISSAL;**<br>**[PROPOSED] ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)]** |

IT IS HEREBY STIPULATED by plaintiff CARL R. LEON through his attorney of record, Timothy C. Wilson, and defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through its attorney of record Stephen P. Ellingson of Hayes Davis Ellingson McLay & Scott, LLP that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

Dated: July 18, 2005

AARON & WILSON, LLP

By _____
TIMOTHY C. WILSON
Attorney for Plaintiff
CARL R. LEON

1 | Dated: July 29, 2005              HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**ORDER**

The Court retains no jurisdiction to enforce any settlement.  The Clerk shall close the file.
IT IS SO ORDERED.

Dated: August 3, 2005

*IT IS SO ORDERED*
/s/ William Alsup
Judge William Alsup

_____
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA